COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In the Interest of T. C., a Child
                           In the Interest of T.L.C., a Child


Appellate case number:     01-17-00497-CV
                           01-17-00498-CV


Trial court case number:   2014-71072
                           2011-08360


Trial court:               309th District Court of Harris County


These appeals involve termination and child-protection cases. As such, this Court is required to bring the appeals to final disposition within 180 days of June 30, 2017, the date the notices of appeal were filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013).

The reporter's record was due in this appeal on July 10, 2017. *See* TEX. R. APP. P. 28.4, 35.1. On July 12, 2017, we ordered "Delores Johnson, the official (or substitute) court reporter to file the record in [these appeals]" no later than July 24, 2017. The court reporter has not filed a reporter's record or otherwise responded. **Accordingly, the court reporter, Delores Johnson, or substitute court reporter is ordered to file the reporter's record in these appeals no later than no later than MONDAY, AUGUST 7, 2017.**[1] *See* TEX. R. APP. P. 28.4(b), 35.3(c). **No extensions will be granted.**

**If a reporter's record is not filed as directed, we may abate these appeals and remand to the trial court to conduct a hearing to determine the reason for the failure to file the reporter's record in these appeals.**

---

[1]     Appellant's notices of appeal indicate that she is presumed indigent. And, her appointed counsel on appeal has filed a motion for an extension of time in which she represented that she has requested preparation of the reporter's record.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

☑ Acting individually    ☐ Acting for the Court

Date: July 27, 2017